## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin E. King, Sr., | Civil No. 08-131 (DWF/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Department of Veterans Affairs, | |
| Defendant. | |

Benjamin E. King, Sr., *Pro Se*, Plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 28, 2008, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 10, 2008         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               Judge of United States District Court